United States Bankruptcy Court
Southern District of Texas

**ENTERED**

November 18, 2025

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| Rosslyn2016 LLC, *et al.*,[1] | ) | Case No. 25-34507 (EVR) |
| Debtors. | ) | (Jointly Administered) |

**ORDER GRANTING MOTION TO CONSOLIDATE REMOVED ADVERSARY PROCEEDINGS UNDER BANKRUPTCY RULE 7042**

On this day came on to be heard Debtor's Motion to Consolidate Removed Adversary Proceedings Under Bankruptcy Rule 7042. Having reviewed the motion, the response, the pleadings on file and heard the arguments of counsel; the Court finds that the matters involve the same parties and substantially the same issues.

**It is ORDERED:**

1. The Motion is GRANTED.
2. The below Adversary Proceedings are consolidated for all purposes in the Adversary Proceeding identified as Case No. 25-03804.

| Adversary Number | Caption |
|---|---|
| 25-03804 | Rosslyn2016 LLC and Kalkan v. Morgan Stanley |
| 25-03805 | Rosslyn2016 LLC and Kalkan v. Morgan Stanley |
| 25-03806 | Texas Esencia 2019 LLC and Kalkan v. Morgan Stanley |
| 25-03807 | Timbers2020 LLC and Kalkan v. Morgan Stanley |
| 25-03808 | Rosslyn2016 LLC v. Morgan Stanley and TL-I |
| 25-03809 | Timbers2020 LLC v Morgan Stanley and TL-I |
| 25-03810 | Texas Esencia 2019 LLC v. Morgan Stanley and TL-I |

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each of the Debtors' federal tax identification numbers, are: Rosslyn2016 LLC (8187); Texas Esencia 2019 LLC (6173) (Case No. 25-34508); and Timbers2020 LLC (8914) (Case No. 25-34510). The Debtors' service address is 6161 Savoy Dr. 1125, Houston, TX 77036.

Signed: November 18, 2025

Eduardo V. Rodriguez
Chief United States Bankruptcy Judge