Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
117 S. Dallas Street
Ennis, Texas 75119
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
PROPOSED ATTORNEYS FOR DEBTORS

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 25-34507-evr** |
| | § | |
| **ROSSLYN2016 LLC, et al.,** | § | **Chapter 11** |
| | § | |
| **Debtors.**[1] | § | **(Jointly Administered)** |

# DEBTORS' MOTION TO RECONSIDER

TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:

COME NOW Rosslyn 2016, LLC, Texas Escencia 2019, LLC and Timbers 2020, LLC, the Debtors in the above-styled and numbered jointly-administered cases (collectively referred to as the "Debtors"), and file this Debtors' Motion to Reconsider, and would respectfully show the Court as follows:

1. On November 6, 2025, Morgan Stanley Private Bank, National Association ("Morgan Stanley") filed its Amended Motion to Consolidate Removed Adversary Proceedings Under Bankruptcy Rule 7042 [Docket No. 48] (the "Amended Motion").

2. The Amended Motion contained the 21-day negative notice language required under Local Rule 9013-1(b). Objections to the Amended Motion are due on November 27, 2025.

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each of the Debtors' federal tax identification numbers, are: Rosslyn2016 LLC (8187); Texas Esencia 2019 LLC (6173); and Timber2020 LLC (8914). The Debtors' service address is 8600 Woodway Drive, Houston, Texas 77063.

3. On November 18, 2025, prior to the deadline for filing objections to the Amended Motion, this Court entered its Order Granting Motion to Consolidate Removed Adversary Proceedings Under Bankruptcy Rule 7042 [Docket No. 63] ("Order to Consolidate").

4. On November 7, 2025, Debtors/Plaintiffs in the removed adversary proceedings filed their Motion to Remand or Abstain and Brief in Support.

5. The Adversary Proceedings should not be consolidated. Rather, this Court should remand the State Court lawsuits back to the State Court from which they came.

6. Debtors/Plaintiffs request that the Court reconsider and vacate the Order to Consolidate until after the objection deadline to allow parties time to respond to the Motion and until after consideration of the Motions to Remand.

WHEREFORE, PREMISES CONSIDERED, Debtors respectfully request that this Court enter an order vacating the Order to Consolidate, and for such other and further relief to which the Debtors may be justly entitled.

Dated: November 19, 2025.

Respectfully submitted,

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
117 S. Dallas Street
Ennis, Texas 75119
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
PROPOSED ATTORNEYS FOR DEBTORS

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 19, 2025, a true and correct copy of the foregoing document was served via email pursuant to the Court's ECF system upon the parties receiving electronic notice in this case.

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer