United States Bankruptcy Court
Southern District of Texas
**ENTERED**
April 30, 2026
Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 7** |
| **ROSSLYN2016, LLC,**[1] | § | **Case No. 25-34507** |
| **Debtors.** | § | **(Jointly Administered)** |

**ORDER DENYING PETITIONING CREDITORS' AND THEIR COUNSEL'S <u>MOTIONS TO QUASH</u>**

[Relates to Docket Nos. 218, 219, 220, and 221]

This Court, having considered the following (collectively, the "<u>Motions to Quash</u>"):

1. Gregory W. Mitchell's Motion to Quash and Objections to Chapter 7 Trustee's Request for Production of Documents Pursuant to Federal Rule of Bankruptcy Procedure 2004 (Docket No. 218);

2. Adil Property Inc.'s Motion to Quash the Chapter 7 Trustee's Request for Production of Documents Pursuant to Bankruptcy Rule 2004 (Docket No. 219);

3. Kitchen Central, LLC's Motion to Quash and Objections to Chapter 7 Trustee's Request for Production of Documents Pursuant to Federal Rule of Bankruptcy Procedure 2004 (Docket No. 220); and

4. CirCir, LLC's Motion to Quash and Objections to Chapter 7 Trustee's Request for Production of Documents Pursuant to Federal Rule of Bankruptcy Procedure 2004 (Docket No. 221).

Hereby ORDERS that the Motions to Quash should be **DENIED**.

[1] The Debtors in these jointly administered cases are Rosslyn2016 LLC (Case No. 25-34507), Texas Esencia 2019 LLC (Case No. 25-34508), and Timbers2020 LLC (Case No. 25-34510) (collectively, the "<u>Debtors</u>").

It is further ORDERED that parties must respond to all requests for production with seven (7) days from entry of this Order.

**Signed: Thursday, April 30, 2026**

Eduardo V. Rodriguez
Chief United States Bankruptcy Judge