United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 20, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO: 25-34507** |
| **ROSSLYN2016, LLC** | § | |
| **and** | § | |
| **TEXAS ESENCIA 2019 LLC** | § | |
| **and** | § | |
| **TIMBERS2020 LLC,** | § | |
| **Debtors.** | § | **Jointly Administered** |
| | § | **CHAPTER 7** |

**ORDER**

On July 30, 2026 this Court issued its Show Cause Order, ECF No. 331 wherein Mr. Jon Hill was to appear and demonstrate to this Court as to why he should not be sanctioned under the Court's inherent authority, the Court's Local Rules or Rule 11 for (1) failing to sign the documents filed under his e-filing privileges; (2) allowing his e-filing privileges and password to be used by an unauthorized person; and (3) representing a party without filing a notice of appearance or otherwise disclosing the representation to the Court. *Id.* At the hearing Mr. Hill, in full candor with the Court, admitted to efiling a pleading on behalf of a pro-se litigant, Dr. Kalkan. Mr. Hill as an officer of this Court, is charged with knowing and complying with the Local Rules of this Court. Mr. Hill acknowledged his lack of familiarity with the Local Rules and further stated that he is now aware that the Local Rules were not fully complied with.

This Court finds it appropriate to issue sanctions. The Fifth Circuit has stated that "district courts must demonstrate that sanctions are not vindictive or overly harsh reactions to objectionable conduct, and that the amount of sanctions is necessary to carry out the purpose of the sanctionable behavior." *Boazman v. Economics Laboratory Inc.* 537 F.2d 210, 212-213 (5th Cir. 1976). Accordingly, it is therefore

**ORDERED:** that

1. Mr. Hill must on or before **Thursday, September 3, 2026** complete six (6) hours of continuing legal education (CLE) in the area of ethics and approved by the State Bar of Texas and file a Certificate of Compliance with the Clerk of Court.

2. Mr. Hill is herein warned that any further electronic filings on behalf of Dr. Kalkan or any other pro-se litigant in violation of the Bankruptcy Local Rules will be dealt with in a further show cause hearing and with much harsher consequences.

3. This Court retains exclusive jurisdiction to interpret and enforce this order.

**SIGNED Thursday, August 20, 2026**

**Eduardo V. Rodriguez**
**Chief United States Bankruptcy Judge**